**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

                                          CIVIL CASE NO.

vs.

                                          JUDGE

PRAECIPE FOR ISSUANCE

☐ ORIGINAL SUMMONS

☐ ALIAS SUMMONS

☐ THIRD PARTY SUMMONS

☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐ WRIT OF EXECUTION

☐ OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: _____              By: _____

                                                      Attorney for _____