**ATTACHMENT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HARRY WILLIAMSON, | ) | CASE NO.: 1:23-CV-1507 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE JAMES S. GWIN |
| | ) | |
| LORAIN COUNTY,  et al., | ) | REPORT OF PARTIES' PLANNING |
| | ) | MEETING UNDER FED. R. CIV. |
| Defendants. | ) | P. 26(f) AND LR 16.3(b)(3) |

1.      Pursuant to Fed. R. Civ. P. 26(f) and LR 16:3(b)(3), a meeting was held on _____ and was attended by:

_____ counsel for plaintiff(s)      _____

_____ counsel for plaintiff(s)      _____

_____ counsel for defendant(s)  _____

_____ counsel for defendant(s)  _____

2.      The parties:

__      have not been required to make initial disclosures.

__      have exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the Court's prior order.

3.      The parties recommend the following track:

___     Expedited                       ___     Standard

___  Administrative        ___     Complex

___     Mass Tort

4.      This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

___         Early Neutral Evaluation

___         Mediation

___         Arbitration

___         Summary Jury Trial

___         Summary Bench Trial

___         Case not suitable for ADR

5.      The parties ____do/____do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636©.

6.      Recommended Discovery Plan:

(a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

_____

_____

_____

_____

_____

_____

(b) The parties (indicate one):

_____agree that there will be no discovery of electronically stored

information; or

_____have agreed to a method for conducting discovery of

electronically stored information; or

_____have agreed to follow the default standard for discovery of

electronically stored information (Appendix K to Northern District

Ohio Local Rules).

(c) Discovery cut-off date:_____

7.      Recommended dispositive motion date:  _____

8.      Recommended cut-off date for amending the pleadings and/or adding additional

parties: _____

-9-

9.     Recommended date for a Status Hearing: _____

10.    Other matters for the attention of the Court:

_____

_____

_____

_____


_____

Attorney for Plaintiff(s) _____


_____

Attorney for Plaintiff(s) _____


_____

Attorney for Defendant(s) _____


_____

Attorney for Defendant(s) _____

-10-