# IN THE UNITED STATED DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **HARRY WILLIAMSON**, | CASE NO. 1:23-cv-01507 |
| Plaintiff, | JUDGE JAMES GWIN |
| v. | |
| **LORAIN COUNTY**, *et al.*, | |
| Defendants. | |

## MOTION TO EXCUSE ATTENDANCE OF DEFENDANT TOM WILLIAMS AT CASE MANAGEMENT CONFERENCE

Defendant Tom Williams hereby moves the Court for an Order excusing his attendance at the Case Management Conference scheduled for April 17, 2024 at 9:00 a.m. Defendant Williams will be out of state for work and will be in an executive committee meeting and unavailable at the time of the Case Management Conference. Missing this work obligation would cause substantial hardship for Defendant Williams. The Case Management Conference will not be adversely affected by Defendant Williams's absence. As such, good cause exists, and it is respectfully requested that Defendant Williams be excused from attending the Case Management Conference.

Respectfully submitted,

*/s/ Michael R. Briach*
Matthew A. Dooley (0081482)
Stephen M. Bosak, Jr. (0092443)
Michael R. Briach (0097986)
DOOLEY, GEMBALA, McLAUGHLIN
& PECORA CO., LPA
5455 Detroit Road
Sheffield Village, Ohio 44054
Tel:   (440) 930-4001
Fax:   (440) 934-7208

Email: mdooley@dooleygembala.com
sbosak@dooleygembala.com
mbriach@dooleygembala.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed and served on all parties via the Court's electronic filing system on April 15, 2024.

*/s/ Michael R. Briach*
Michael R. Briach
*Counsel for Defendants*

2