IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **HARRY WILLIAMSON**<br>    *Plaintiff,*<br>v.<br>**LORAIN COUNTY**, *et al*.<br>    *Defendants.* | Case No.: 1:23-cv-01507-JG<br><br>Judge James S. Gwin<br><br>Magistrate Judge Jennifer Dowdell Armstrong |
| **PLAINTIFF WILLIAMSON'S EMERGENCY MOTION<br>TO CONTINUE CASE-MANAGEMENT CONFERENCE** ||

  Plaintiff Harry Williamson respectfully moves the Court to continue the case-management conference scheduled for 9 a.m. today. Mr. Williamson wishes to be part of the conference and any negotiations that may take place, but he will be unable to attend today because his mother was admitted to the intensive-care unit and placed on a breathing machine overnight.

                Respectfully submitted,

                */s/Brian D. Bardwell*
                Brian D. Bardwell (0098423)
                Speech Law, LLC
                1265 West Sixth Street, Suite 400
                Cleveland, OH 44113-1326
                216-912-2195 Phone/Fax
                brian.bardwell@speech.law
                *Attorney for Plaintiff Harry Williamson*