

**Michelle Hung**
I can only text. I did the restore on the texts. I got ALL of ours but Amanda's won't restore before July 13th. What do u think the problem is?

3:15 PM



**Michelle Hung**
I have half my storage available

3:16 PM

**Me**
Probably need to go into Verizon with your phone. I know they can pull it from your Sim card. I want to fry that bitch.

3:18 PM

**Me**
Probably need to go into Verizon with your phone. I know they can pull it from your Sim card. I want to fry that bitch.

3:18 PM

—

EXHIBIT
B