
161453742

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

THOMAS WILLIAMS
    Plaintiff

MICHELLE HUNG, ET AL
    Defendant

Case No: CV-22-971623

Judge: MICHAEL J RUSSO

## JOURNAL ENTRY

10/12/2023. ATTORNEY CONFERENCE HELD IN LIEU OF MOTION HEARING. ALL NAMED PARTIES AND NON-PARTIES APPEAR THROUGH COUNSEL. PARTIES DO NOT REACH A RESOLUTION AS IT RELATES TO THE AMOUNT OF ATTORNEY'S FEES TO BE LEVIED AGAINST DEFENDANT BRIAN BARDWELL TO THE MOVANTS. PARTIES AGREE TO LET THE ISSUE REST ON THE ARGUMENTS PRESENTED AT PAST HEARINGS AND THE FILED BRIEFINGS. PARTIES FOREGO ORAL ARGUMENT/TESTIMONY ON THE RECORD.
ACCORDINGLY, PURSUANT TO THE HEARINGS CONDUCTED ON 02/15/2023 AND 09/06/2023, AS WELL AS THE 10/12/2023 CONFERENCE, IN ADDITION TO THE MOVANTS' BRIEFINGS, AFFIDAVITS, AND EXHIBITS, DEFENDANT BRIAN BARDWELL IS SANCTIONED AS FOLLOWS:

(1) TO MOVANT/PLAINTIFF THOMAS WILLIAMS:  ATTORNEY'S FEES IN THE AMOUNT OF $18,980.00.

(2) TO MOVANT/NON-PARTIES LORAIN COUNTY BOARD OF COMMISSIONERS, DAVID MOORE, MATT LUNDY, JAMES CORDES, AND
TOM WILLIAMS: ATTORNEY'S FEES IN THE AMOUNT OF $15,631.50.

(3) TO MOVANT/NON-PARTIES ULMER & BERNE LLP'S AND AMANDA MARTINSEK: ATTORNEY'S FEES IN THE AMOUNT OF $37,270.50.

(4) TO MOVANT/NON-PARTY KATHERINE LOOS: ATTORNEY'S FEES IN THE AMOUNT OF $8,077.50.

ADDITIONALLY, AT THE CONFERENCE, PARTIES AGREE TO THE FOLLOWING BRIEFING SCHEDULE AS IT RELATES TO THE PENDING MOTIONS FOR JUDGMENT ON THE PLEADINGS:
PLAINTIFF'S BRIEFS IN OPPOSITION ARE DUE 11/02/2023.
DEFENDANTS' REPLY BRIEFS ARE DUE 11/09/2023.
THIS ENTRY TAKEN BY JUDGE TIMOTHY J MCGINTY.

*T.J. McGinty*
_____
Judge Signature     10/13/2023

**EXHIBIT C**

10/12/2023

RECEIVED FOR FILING
10/13/2023 10:04:21
NAILAH K. BYRD, CLERK