**Me**
Thank you very much for the kind words, we know who our friends are and aren't. Fuck Armbruster, his day in the light is coming very soon. Piece of shit. I appreciate your loyalty to her,it means alot to both of us. Anybody fucks with her they'll deal with me too. I have nothing to lose at this point. ▬▬▬▬▬▬
                                           5:26 PM



EXHIBIT
G

Electronically Filed 12/09/2022 13:00 / MOTION / CV 22 971623 / Confirmation Nbr. 2722629 / BATCH

WILLIAMSON_000557

Generated by GilApps SMS Backup & Print