# IN THE UNITED STATED DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **HARRY WILLIAMSON**, <br><br> Plaintiff, <br><br> v. <br><br> **LORAIN COUNTY**, *et al.,* <br><br> Defendants. | CASE NO. 1:23-cv-01507 <br><br> JUDGE JAMES GWIN |

## NOTICE OF SUPPLEMENTAL FILING IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE

Defendants, David Moore, Matt Lundy, Tom Williams, and James Cordes hereby give notice that Exhibits E, F, and H attached hereto have been filed with the Court in support of Defendants' Motion to Dismiss for Failure to Prosecute (Doc 19). Technical difficulties prevented these exhibits from initially being filed with Defendants' Motion to Dismiss for Failure to Prosecute.

Respectfully submitted,

DOOLEY, GEMBALA, MCLAUGHLIN
& PECORA CO., LPA

*/s/ Matthew A. Dooley*
Matthew A. Dooley (0081482)
Stephen M. Bosak, Jr. (0092443)
Michael R. Briach (0097986)
5455 Detroit Road
Sheffield Village, Ohio 44054
Tel: (440) 930-4001
Fax: (440) 934-7208
Email: mdooley@dooleygembala.com
      sbosak@dooleygembala.com
      mbriach@dooleygembala.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed and served on all parties via the Court's electronic filing system on May 2, 2024.

>  */s/ Matthew A. Dooley*
> Matthew A. Dooley
> *Counsel for Defendants*