| | |
|---|---|
| **From:** | Brian Bardwell <brian.bardwell@speech.law> |
| **Sent:** | Tuesday, April 23, 2024 6:27 PM |
| **To:** | Matthew Dooley |
| **Cc:** | Michael Briach; Stephen Bosak |
| **Subject:** | Re: Williamson / Lorain County, et al. |

OK. Thanks for letting me know.

I'll reach out to Harry and find out.


Brian D. Bardwell
Speech Law LLC
1265 West Sixth Street, Suite 400
Cleveland, OH 44113-1326
216-912-2195
brian.bardwell@speech.law
www.speech.law


On Sun, Apr 21, 2024 at 4:36 PM Matthew Dooley <mdooley@dooleygembala.com> wrote:

> Brian:
>
> You did produce redacted PDFs in the prior litigation; however, I'm seeking to confirm that you or your client still have the original/native messages. Additionally, please confirm that you have the native screenshot and/or original thread embedded in your complaint.
>
> Thanks,
>
> Matt
>
>
> Matthew A. Dooley | DGMP | 440.930.4001
>
>
> **From:** Brian Bardwell <brian.bardwell@speech.law>
> **Sent:** Saturday, April 20, 2024 8:00 AM
> **To:** Matthew Dooley <mdooley@dooleygembala.com>

1

**EXHIBIT F**

**Cc:** Michael Briach <mbriach@dooleygembala.com>; Stephen Bosak <sbosak@dooleygembala.com>
**Subject:** Re: Williamson / Lorain County, et al.

Hi, Matt.

As I recall, we produced PDFs in the prior litigation, not the originals or natives.

If that's what you're asking about, I suspect we still have everything on hand. If not, I'd probably need to check with Harry.

Brian D. Bardwell

Speech Law LLC

1265 West Sixth Street, Suite 400

Cleveland, OH 44113-1326

216-912-2195
brian.bardwell@speech.law

www.speech.law

On Fri, Apr 19, 2024 at 11:14 AM Matthew Dooley <mdooley@dooleygembala.com> wrote:

Brian:

Good morning – Please confirm that the original/native text messages produced in the prior related litigation (albeit redacted) remain in you or our client's possession. Also please confirm that you possess the native screenshot of a purported text exchange between Ms. Hung and Ms. Martinsek, which you embedded in your pleading.

2

Thanks,
Matt

**Matthew A. Dooley**
Shareholder

**DOOLEY GEMBALA McLAUGHLIN PECORA**

t: (440) 930-4001

5455 Detroit Road

d: (440) 930-4031

Sheffield Village, Ohio 44054

e: mdooley@dooleygembala.com

www.dooleygembala.com

**\*Admitted in Florida and Ohio**

CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. This email and attachments have been scanned for viruses and malware.