| | |
|---|---|
| From: | Brian Bardwell <brian.bardwell@speech.law> |
| Sent: | Thursday, April 11, 2024 10:36 AM |
| To: | Michael Briach |
| Cc: | Matthew Dooley; Amy Joyce |
| Subject: | Re: Williamson v. Lorain County, et al. |
| Attachments: | Rule 26(f) Report (draft).docx |

Our redlines are attached.

I don't know what happened here, but the existence of your two Rule 12 motions is news to me. I don't know if my e-mail filters knocked out the e-file alerts or what, but the 26(F) report is the first time I'm seeing these.

I'm going to put together responses as quickly as possible, so I'm going to ask for leave to file by Monday at the latest. Can I designate that motion as unopposed?


Brian D. Bardwell
Speech Law LLC
1265 West Sixth Street, Suite 400
Cleveland, OH 44113-1326
216-912-2195
brian.bardwell@speech.law
www.speech.law


On Wed, Apr 10, 2024 at 1:13 PM Brian Bardwell <brian.bardwell@speech.law> wrote:
> Sounds good. I'll try to send redlines by tomorrow afternoon.


Brian D. Bardwell
Speech Law LLC
1265 West Sixth Street, Suite 400
Cleveland, OH 44113-1326
216-912-2195
brian.bardwell@speech.law
www.speech.law


On Wed, Apr 10, 2024 at 1:06 PM Michael Briach <mbriach@dooleygembala.com> wrote:
> Brian,

1

**EXHIBIT H**

Thanks for the prompt response. Can you send over proposed revisions or redlines in advance of the call so we can be prepared to discuss? Friday works better for us. How about 10:00 am?

Michael Briach | DGMP

**From:** Brian Bardwell <brian.bardwell@speech.law>
**Sent:** Wednesday, April 10, 2024 12:05 PM
**To:** Michael Briach <mbriach@dooleygembala.com>
**Cc:** Matthew Dooley <mdooley@dooleygembala.com>; Amy Joyce <ajoyce@dooleygembala.com>
**Subject:** Re: Williamson v. Lorain County, et al.

Hi, Michael.

I'm available this afternoon, actually, if you have time.

My mornings are wide open tomorrow and Friday, as well.

Brian D. Bardwell

Speech Law LLC

1265 West Sixth Street, Suite 400

Cleveland, OH 44113-1326

216-912-2195
brian.bardwell@speech.law

www.speech.law

On Wed, Apr 10, 2024 at 10:58 AM Michael Briach <mbriach@dooleygembala.com> wrote:

Brian,

Attached please find a draft Rule 26(f) Report. Please let us know when you're available for a call to finalize this. Our deadline for the Report is Friday, April 12th.

Thanks,

Mike

**Michael Briach**
Associate



t: (440) 930-4001     5455 Detroit Road

d: (440) 930-4024     Sheffield Village, Ohio 44054

e: mbriach@dooleygembala.com     www.dooleygembala.com

CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. This email and attachments have been scanned for viruses and malware.