Brian Bardwell

## Activity in Case 1:23-cv-01507-JG Williamson v. Lorain County, et al. Motion to amend complaint

**ohndecf@ohnd.uscourts.gov** <ohndecf@ohnd.uscourts.gov>  Tue, Apr 16, 2024 at 2:00 PM
To: OHNDdb_CleECF@ohnd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**NORTHERN DISTRICT OF OHIO**

### Notice of Electronic Filing

The following transaction was entered by Bardwell, Brian on 4/16/2024 at 2:00 PM EDT and filed on 4/16/2024
**Case Name:**       Williamson v. Lorain County, et al.
**Case Number:**     1:23-cv-01507-JG
**Filer:**           Harry Williamson
**Document Number:** 15

**Docket Text:**
**Motion to amend complaint filed by Plaintiff Harry Williamson. (Attachments: # (1) Exhibit Amended complaint, # (2) Exhibit Redlined amended complaint)(Bardwell, Brian)**

**1:23-cv-01507-JG Notice has been electronically mailed to:**

Brian D. Bardwell &nbsp &nbsp brian.bardwell@speech.law, bdb484.gmail.com@recap.email, efile@speech.law

Matthew A. Dooley &nbsp &nbsp mdooley@dooleygembala.com, docketing@dooleygembala.com

Michael R. Briach &nbsp &nbsp mbriach@dooleygembala.com, docketing@dooleygembala.com

Stephen M. Bosak &nbsp &nbsp sbosak@dooleygembala.com, docketing@dooleygembala.com

**1:23-cv-01507-JG Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP OHNDStamp_ID=875560366 [Date=4/16/2024] [FileNumber=11376058-0]
[65ede2fc6fb1df7f585fb456e31301897401375149c2d670ef614073493363fe72a2
2679198699b53248a8bb2ccbbfc082e91931b57f9437def937e6881ef544]]
**Document description:** Exhibit Amended co[mplaint]
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP OHNDStamp_ID=875560366 [Date=4/16/2024] [FileNumber=11376058-1]
[77c557163768d18ff7fa0759ba0531ee5bdc5██████████████████d66c1cd0a
faf21f2fa169f05f69e2410ac26894243bbdfc2a8e48a307b9e787842137]]

PLAINTIFF'S EXHIBIT
1

**Document description:** Exhibit Redlined amended complaint
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP OHNDStamp_ID=875560366 [Date=4/16/2024] [FileNumber=11376058-2]
[abc70912e5844e0ffc464c506cc1faff825caa4d9a682900fd64cdb76cc4f092c5e1
2caa816875f2526883a246daef2b2e0457bb55046b41f78ad8e76a3a2a6b]]