

Brian Bardwell

# Williamson v. Lorain County: Motion for leave to amend complaint

**Brian Bardwell** <brian.bardwell@speech.law>  Tue, Apr 16, 2024 at 2:05 PM
To: Matthew Dooley <mdooley@dooleygembala.com>, Michael Briach <mbriach@dooleygembala.com>

Please see the attached motion, which was just filed.

Brian D. Bardwell
Speech Law LLC
1265 West Sixth Street, Suite 400
Cleveland, OH 44113-1326
216-912-2195
brian.bardwell@speech.law
www.speech.law

**3 attachments**

- **#015 2024-04-16 Williamson motion for leave to amend complaint.pdf**
  138K

- **#015-1 Amended complaint.pdf**
  356K

- **#015-2 Redlined amended complaint.pdf**
  360K

