Gmail

**Brian Bardwell** ████████████████

## Harry Williamson v. Lorain County, et al.

**Brian Bardwell** <brian.bardwell@speech.law>                                    Thu, May 2, 2024 at 12:57 PM
To: Michael Briach <mbriach@dooleygembala.com>
Cc: Matthew Dooley <mdooley@dooleygembala.com>, Stephen Bosak <sbosak@dooleygembala.com>, Amy Joyce <ajoyce@dooleygembala.com>

Our initial disclosures are attached. Thanks for your patience.


Brian D. Bardwell
Speech Law LLC
1265 West Sixth Street, Suite 400
Cleveland, OH 44113-1326
216-912-2195
brian.bardwell@speech.law
www.speech.law


On Thu, May 2, 2024 at 11:36 AM Brian Bardwell <brian.bardwell@speech.law> wrote:
> Hi, Michael.
>
> Pardon the delay. Harry's mother died on Sunday, so there's been a bit of delay getting anything back from him. I expect they'll be finalized today.
> Brian D. Bardwell
> Speech Law LLC
> 1265 West Sixth Street, Suite 400
> Cleveland, OH 44113-1326
> 216-912-2195
> brian.bardwell@speech.law
> www.speech.law
>
>
> On Thu, May 2, 2024 at 11:28 AM Michael Briach <mbriach@dooleygembala.com> wrote:
>> Brian,
>>
>>
>> The Parties' initial disclosures were required to be exchanged yesterday. When can we expect to receive Plaintiff's initial disclosures?
>>
>>
>> **Michael Briach**       DOOLEY GEMBALA
>> Associate                McLAUGHLIN PECORA
>>
>>
>> t: (440) 930-4001        5455 Detroit Road
>>
>> d: (440) 930-4024        Sheffield Village, Ohio 44054
>>
>> e: mbriach@dooleygembala.com   www.dooleygembala.com

PLAINTIFF'S
EXHIBIT

**4**
_____

**From:** Amy Joyce <ajoyce@dooleygembala.com>
**Sent:** Wednesday, May 1, 2024 8:01 PM
**To:** Brian Bardwell <Brian.Bardwell@speech.law>
**Cc:** Matthew Dooley <mdooley@dooleygembala.com>; Stephen Bosak <sbosak@dooleygembala.com>; Michael Briach <mbriach@dooleygembala.com>
**Subject:** Harry Williamson v. Lorain County, et al.


Attorney Bardwell:


Attached please find the following in regard to the above referenced matter:


1. Defendants' Initial Disclosures.


**Amy Joyce**
Paralegal



t: (440) 930-4001                    5455 Detroit Road

d: (440) 930-4010                    Sheffield Village, Ohio 44054

e: ajoyce@dooleygembala.com        www.dooleygembala.com

CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. This email and attachments have been scanned for viruses and malware.

 **2024-05-02 Williamson initial disclosures.pdf**
108K