**EXHIBIT 6**

IN THE UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **HARRY WILLIAMSON**, <br><br> Plaintiff, <br><br> v. <br><br> **LORAIN COUNTY**, *et al.,* <br><br> Defendants. | CASE NO. 1:23-cv-01507 <br><br> JUDGE JAMES GWIN |

### DECLARATION OF MATTHEW DOOLEY

I, Matthew Dooley, hereby declare as follows:

1. I am a competent individual, over the age of 21 years old, of sound mind, capable of executing this declaration, and have personal knowledge of the facts stated herein, and they are all true and correct.

2. I am one of the attorneys working on behalf of Defendants in the above-captioned litigation. I am a senior partner with the law firm of Dooley, Gembala, McLaughlin & Pecora Co., LPA. My primary office is at 5455 Detroit Road, Sheffield Village, Ohio 44054.

3. The following documents are true and accurate copies of those produced in discovery in the above-captioned litigation.

    a. Plaintiff's Answers to Defendants' Interrogatories, attached to Defendants' Motion for Summary Judgment as Exhibit 3.

    b. Plaintiff's Answers to Defendants' Requests for Admissions, attached to Defendants' Motion for Summary Judgment as Exhibit 4.

    c. Defendant Cordes's Responses to Plaintiff's Interrogatories, attached to Defendants' Motion for Summary Judgment as Exhibit 5.

I declare under penalty of perjury of the laws of the United States that the foregoing is correct.

Signed this 1st day of July, 2024.



Matthew A. Dooley