| | |
|---|---|
| From: | Brian C. Lee |
| To: | Brian Bardwell |
| Cc: | Jeremy Iosue |
| Subject: | Williamson v. Lorain - Supplemental Production |
| Attachments: | Dispatch Agreements.pdf |
| | Response 45..pdf |
| | Lundy, Matthew 042922.PDF |
| | Lundy Plf Exh 2-5.PDF |
| | Hung, Michelle 042922.PDF |
| | Hung Plf Exh 6-9.PDF |
| | Bardwell Brian Mar 30 2022.PDF |
| | Bardwell - Ex 1 (Wms v. Hung).PDF |
| | Joint Motion for Protective Order (time stamped).PDF |
| | Protective Order Granted 05.20.2022.PDF |

Brian –

In supplementation to the discovery responses, please see the following:

RFP 24 and 25: The carrier is Verizon. The following is a list of numbers associated with the individuals you requested in the requests. Please send copies of the subpoenas when you issue them.

David Moore- (440) 420-2181
    Matt Lundy – does not have a County issued phone
    Michelle Hung- (440) 420-2183
    Tom Williams- (440) 420-0332
    James Cordes- (440) 522-1238
    Jen Sinatra- (440) 420-0426
    Tracy Lopez - (440) 822-9965
    Aimee Marcil – (440) 420-2147
    Michelle Smith – does not have a County issued phone
    Brian Algae – (440) 328-7419
    Dave Welch – does not have a County issued phone

RFP 40: See attached. These are not necessarily agreements, but communications. That is all that exists.
RFP 41: No records found
RFP 42: No records found
RFP 43: No records found – the veteran's committee is a separate entity not under my client's control
RFP 44: No records found – the seven districts plan was a campaign talking point as opposed to an actual thing
RFP 45 and 46: See attached "Feasibility Study"
RFP 52 and 53: See attached. Tom Williams deposition was not ordered, so there is no transcript, and further it was subject to a protective order, which is also attached.
RFPs 39 and 47 are still being looked into, and hopefully we will have something soon. The political election has thrown a significant wrench into obtaining this supplementation as well as the responses to the ROGS, which should be able to be finalized after the election is over.
Please let me know if you have problems opening any of the attachments/supplemental production. The above supplementation and responses do not waive any of the objections previously asserted.
Brian
Brian C. Lee

**EXHIBIT B**

1109 Carnegie Avenue, Floor 2

Cleveland, Ohio 44115

216-978-4786

Both Brian C. Lee and Stefanik Iosue & Associates, LLC, intend that this message be used exclusively by the addressee(s). This message may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unauthorized disclosure or use of this information is strictly prohibited. If you have received this communication in error, please permanently dispose of the original message and notify Brian C. Lee immediately at brian@stefanikiosue.com or (216) 651-0451. Thank you.