| | |
|---|---|
| **From:** | Stephen Bosak |
| **To:** | Brian Bardwell |
| **Cc:** | Matthew Dooley; Michael Briach; Amy Joyce; Megan Hernandez |
| **Subject:** | Williamson v. Lorain County, et al. - Tom Williams"s Discovery Responses |
| **Date:** | Tuesday, July 16, 2024 3:54:00 PM |
| **Attachments:** | Defendant Tom Williams"s Responses to Interrogatories.pdf |
| | Defendant Tom Williams"s Responses to Requests for Inspection.pdf |
| | Williams0022-0094.pdf |

Brian:

See attached. The verification page is forthcoming. Supplemental production is attached. Let me know if you have any additional questions.

Thanks,
Stephen

Stephen M. Bosak | DGMP | 440.930.4001

**EXHIBIT D**