EXHIBIT A

## JOINT STATEMENT BY COMMISSIONERS LUNDY AND MOORE

## TERMINATIONS OF DIRECTORS WILLIAMSON AND CARRION

We will not and cannot discuss comments made in executive session. We are, however, absolutely committed to being transparent with the public. Please understand that personnel matters can lead to litigation and, as Commissioners, we have a responsibility to protect Lorain County and its taxpayers. Also, please understand that HR decisions made by us impact county employees who are individuals and have families. Therefore, our decisions are made after a thorough legal review.

For some time, we operated with the understanding there was a "friendship" between our colleague, Michelle Hung, and the 911 director. Recently, our colleague made a "public admission" of a more significant and intimate relationship between herself and Director Williamson. We believe an intimate relationship involving a superior and a subordinate requires immediate action. This matter was not treated differently, it was addressed promptly and in the best interests of Lorain County. The county personnel policy manual states that county employees are "expected to maintain the highest possible ethical and moral standards." Also, "conduct that interferes with normal business operations, brings discredit to the office or county." Following a legal review and consultation, we felt termination was warranted and acted immediately.

Director Carrion has received multiple disciplinary warnings in connection with his employment. His last chance agreement states, "refrain from taking any actions or making verbal remarks that may be construed as retaliatory towards any employee or former employee who has alleged that I engaged in inappropriate behavior." In connection with his employment, we decided that it was in the best interest of Lorain County to make a change and go in a different direction.

In both circumstances, we believe that we acted responsibly, immediately and make this statement in the public interest of transparency.

##

WILLIAMSON_000458