**Me**
I concur. I'll talk to Rick
7:57 AM

**EXHIBIT C**



**Tom Williams**
Harry can I get the audio clip today?
2:26 PM

**Me**
Yes sir. Let me check my schedule, in the middle of closing out some jobs. I'll figure out some way. Thanks
2:55 PM

**Me**
Yes sir. Let me check my schedule, in the middle of closing out some jobs. I'll figure out some way. Thanks
2:55 PM

**Me**
Yes sir. Let me check my schedule, in the middle of closing out some jobs. I'll figure out some way. Thanks
2:57 PM

——— Friday, Oct 30, 2020 ———



**Tom Williams**
Congratulations on your retirement!
6:56 AM

WILLIAMSON_000797

**Me**
Thank you sir. I'll touch base with you sometime today. I have a few exit meetings this morning. Normally done when one retires or quits. Talk soon.

8:39 AM

**Me**
Thank you sir. I'll touch base with you sometime today. I have a few exit meetings this morning. Normally done when one retires or quits. Talk soon.

8:40 AM

**Me**
Thank you sir. I'll touch base with you sometime today. I have a few exit meetings this morning. Normally done when one retires or quits. Talk soon.

8:40 AM

**Me**
HAPPY BIRTHDAY my friend. Hoping it's been a good one for you. Enjoy and celebrate..🍻🍻🎂🎂

6:17 PM

WILLIAMSON_000798
Generated by GilApps SMS Backup & Print

**Me**
K
9:01 PM

 **Michelle Hung**
I will call
9:02 PM

 **Michelle Hung**
Give me 2
9:02 PM

**Me**
K
9:02 PM

 **Michelle Hung**
Gnight. Love u
11:27 PM

**Me**
Nice, love too     Just driving home
11:28 PM

**Me**
Nice, love too     Just driving home
11:29 PM

 **Michelle Hung**
Pills...tired. drive safe
11:29 PM

— Tuesday, Aug 3, 2021 —

**Me**
3:56 AM

**Me**
3:57 AM

 **Michelle Hung**
4:11 AM

**Me**
I'm going into office. I can't sleep
4:53 AM

 

**Me**
I'm going into office. I can't sleep

WILLIAMSON_001067

**Me** 
4:54 AM

**Me** 
4:55 AM

 **Michelle Hung**
Ok dear. Im the same. Im going to hop in the shower. I will call u when I'm on my way. If donna is there let me know, we can make the hand off in the college parking lot if she is.
4:55 AM

 **Michelle Hung**
If she's not there, I will come in.
4:56 AM

**Me** 
4:56 AM

 **Michelle Hung**
I love you
4:57 AM

**Me** 
I really do love you too
5:06 AM

**Me** 
I really do love you too
5:07 AM

 **Michelle Hung**
Leaving in 5
6:18 AM

**Me** 
K
6:18 AM

**Me** 
K
6:19 AM

**Me** 
Just spoke to Tim. He suggested that you NOT let Matt know Tim's willing to resign to save me. Tim said it has to look like you've made the decision to let Tim go because that's what Matt wants. He said Matt needs to look like he got what he wanted..

> makes me sick. But I prized Tim I would send his suggestions
> 7:56 AM

**Me**
Just spoke to Tim. He suggested that you NOT let Matt know Tim's willing to resign to save me. Tim said it has to look like you've made the decision to let Tim go because that's what Matt wants. He said Matt needs to look like he got what he wanted.. makes me sick. But I prized Tim I would send his suggestions
7:56 AM


**Michelle Hung**
Ok
8:06 AM

**Me**
Don't forget, remind them of the upcoming 911 levy that I'll help with..
8:56 AM

**Me**
Don't forget, remind them of the upcoming 911 levy that I'll help with..
8:57 AM


**Michelle Hung**
Yes, we have that as well
8:57 AM

**Me**
Why would you abstain ?? I can't wrap my head around that..
4:09 PM

**Me**
Why would you abstain ?? I can't wrap my head around that..
4:09 PM


**Michelle Hung**
Call me
4:14 PM


**Michelle Hung**
I tried calling
4:16 PM


[redacted]



**Me**
Thank you. I definitely need to talk to you about some things. Text time available please
11:39 PM

**Me**
Thank you. I definitely need to talk to you about some things. Text time available please
11:39 PM

**Michelle Hung**
I can talk now or give me a time tomorrow and I will ve out for errands. He's out cold in bed.
11:40 PM

**Me**
Tomorrow
11:41 PM

**Michelle Hung**
Text a time in morning. I'm not going to work the rest of the week. I'm done.
11:41 PM

**Me**
Tomorrow
11:41 PM

──────── Wednesday, Aug 4, 2021 ────────

**Me**
Assuming the message from Tim about Al Close came from you?
10:36 AM

**Me**
Assuming the message from Tim about Al Close came from you?
10:37 AM

**Michelle Hung**
Yes. If he calls, talk to him
10:37 AM

WILLIAMSON_001070

**Me**
I've had an abundance of calls and texts, with advice and information. All I'm saying right now is that you're lucky if you have any allies up there including John and my Jennifer. The people that called me last night gave me information that only you would have known, I'd rather tell you in person, just don't know when yet.
10:44 AM

**Me**
I've had an abundance of calls and texts, with advice and information. All I'm saying right now is that you're lucky if you have any allies up there including John and my Jennifer. The people that called me last night gave me information that only you would have known, I'd rather tell you in person, just don't know when yet.
10:45 AM



**Michelle Hung**
Ok. Then advise when u can do that and where, etc.
10:48 AM

**Me**
I'm not going out today, I'm trying to keep up with my messages and phone calls. Again, I need to get answers on things I'm being told. And I won't ask over the phone. So possibly tomorrow. Have you said anything to Jeff?
12:08 PM

**Me**
I'm not going out today, I'm trying to keep up with my messages and phone calls. Again, I need to get answers on things I'm being told. And I won't ask over the phone. So possibly tomorrow. Have you said anything to Jeff?
12:08 PM



**Michelle Hung**
Agree on the in person...If tomorrow is the day, I will be showered and ready in the morning to meet you, let me know. Morning or afternoon, either works.
12:45 PM

**Me**
Are you able to talk?
3:48 PM



WILLIAMSON_001071

**Me**
Are you able to talk?
3:48 PM

 **Michelle Hung**
Yes
3:48 PM

**Me**
It was a female that called her at work. Blocked number. I'm just not sure about tomorrow morning. I just don't know who to trust. Sorry. I need to sleep on it..
8:40 PM

**Me**
It was a female that called her at work. Blocked number. I'm just not sure about tomorrow morning. I just don't know who to trust. Sorry. I need to sleep on it..
8:40 PM

 **Michelle Hung**
I will go wherever you feel the most comfortable. There are so many eyes there. Why don't we meet by the train, in that parking lot at matteos. I will go anywhere to be with you.
8:43 PM

 **Michelle Hung**
Just to talk to you for whatever short amount of time you have to spare for me.
8:44 PM

 **Michelle Hung**
You have never heard me talk to you like this because I didn't want you to see this side of me. I would never let you see me like this. The side that is so vulnerable and so not worthy of your love.
8:48 PM

 **Michelle Hung**
And I sent the 3 messages above standing in the magazine section of Walmart so I dont even know if you got them.
9:22 PM

**Me**
Yes, I got them, let's talk in the morning. Good night
10:16 PM


WILLIAMSON_001072

> **Me**
> Yes, I got them, let's talk in the morning. Good night
> 10:18 PM

—— Thursday, Aug 5, 2021 ——

> **Me**
> I'm meeting some of the dispatchers at 7 for breakfast. I will touch base with you after that. Thx.
> 6:01 AM

> **Me**
> I'm meeting some of the dispatchers at 7 for breakfast. I will touch base with you after that. Thx.
> 6:03 AM


**Michelle Hung**
Ok. Getting in the shower now.
6:40 AM

> **Me**
> Does Melissa know my name?
> 2:33 PM

> **Me**
> Does Melissa know my name?
> 2:34 PM

> **Me**
> But my first?
> 2:35 PM


**Michelle Hung**
Not your last name. She doesn't give a fuck about you.
2:35 PM

> **Me**
> But my first?
> 2:36 PM

> **Me**
> I'm sorry to bother you. Thx.
> 2:37 PM


**Michelle Hung**
Again, if she even remembers.
2:38 PM



WILLIAMSON_001073

> **Me**
> I'm sorry to bother you. Thx.
> 2:38 PM

> **Me**
> Is now a bad time to text you?
> 2:52 PM

> **Me**
> Is now a bad time to text you?
> 2:54 PM



**Michelle Hung**
No. I'd rather talk in 10
2:54 PM



**Michelle Hung**
Finishing up schedule with john
2:54 PM



**Michelle Hung**
I'm available
3:02 PM



**Michelle Hung**
U should call
3:05 PM



**Michelle Hung**
I'm in the car until 4pm headed to an appointment. Unavailable after that.
3:19 PM

> **Me**
> Rob weber just left my home. He dropped off my termination letter, then we talked fir a bit. I'm prepared to start a video visit with my doctor. I'm unavailable until after 4:20
> 3:54 PM

> **Me**
> Rob weber just left my home. He dropped off my termination letter, then we talked fir a bit. I'm prepared to start a video visit with my doctor. I'm unavailable until after 4:20
> 3:55 PM



**Michelle Hung**
Ok, I'm at appt. Should be done then.
3:55 PM



**Michelle Hung**

In the car now, heading to next one
4:23 PM



Me
Just finished
4:37 PM



Michelle Hung
Ok
4:37 PM

Me
Just finished
4:39 PM



Me
You seem like you're pissed at me. Anyway, Wanted to get that off my chest. Anyway, your life will go on and I know for a fact there's others who will step right into my shoes. Take care of yourself.
4:51 PM

Me
You seem like you're pissed at me. Anyway, Wanted to get that off my chest. Anyway, your life will go on and I know for a fact there's others who will step right into my shoes. Take care of yourself.
4:52 PM



Michelle Hung
Check your email
5:20 PM

Me
Tell me that the CT doesn't have a copy of that??
5:26 PM



Me
Tell me that the CT doesn't have a copy of that??
5:26 PM





Michelle Hung
That came from Kevin Martin. It is released for tomorrow.
5:27 PM

Me
FUCK. I THOUGHT EXECUTIVE SESSION...



WILLIAMSON_001075

> 5:27 PM


**Michelle Hung**
Public admission. That's what it says.
> 5:28 PM

**Me**
FUCK. I THOUGHT EXECUTIVE SESSION...
> 5:28 PM


**Michelle Hung**
Read it again
> 5:28 PM

**Me**
I DID READ IT. PUBLIC ADMISSION BY YOU. THEY WIN....MY JOB, MY CREDIBILITY AND NOW FAMILY. Now you need to have your Jeff talks....I'm done.
> 5:32 PM

**Me**
I DID READ IT. PUBLIC ADMISSION BY YOU. THEY WIN....MY JOB, MY CREDIBILITY AND NOW FAMILY. Now you need to have your Jeff talks....I'm done.
> 5:33 PM


**Michelle Hung**
You don't think I'm blindsided? I didn't willingly make a public admission for christ sake.
> 5:34 PM


**Michelle Hung**
Seriously. I told you last week, this was coming out. You can't stop Tom.
> 5:35 PM

**Me**
Did you respond?
> 5:49 PM

**Me**
Did you respond?
> 5:51 PM


**Michelle Hung**
No comment
> 5:51 PM

WILLIAMSON_001076




**Michelle Hung**
What so important we can't text? I'm just leaving the salon. Do u want to run up to where u were this morning?
3:48 PM


**Michelle Hung**
I'm headed that way right now.
3:48 PM

**Me**
No, I can't leave now.
3:54 PM

**Me**
No, I can't leave now.
3:56 PM


**Michelle Hung**
I told NOBODY. U know what it is now.
4:05 PM

**Me**
I'm on my way to Home Depot
4:05 PM

**Me**
I'm on my way to Home Depot
4:06 PM


**Michelle Hung**
9k
4:07 PM


**Michelle Hung**
Ok
4:07 PM

**Me**
9???
4:09 PM

