| | |
|---|---|
| **From:** | Aimee Marcil |
| **To:** | David Moore |
| **Subject:** | FW: 9-1-1 Build-out and Radio Project meeting |
| **Date:** | Tuesday, August 17, 2021 10:31:56 AM |
| **Attachments:** | image002.png |
| | image001.png |

## AIMEE MARCIL

**Administrative Assistant to Commissioner David J. Moore**
Lorain County Adminstrator's Office
226 Middle Avenue
Elyria, OH 44035
440-329-5301 Work
440-420-2147 Cell
amarcil@loraincounty.us



**From:** Harry Williamson <HWilliamson@loraincounty.us>
**Sent:** Monday, June 14, 2021 8:38 AM
**To:** Michelle Hung <MHung@loraincounty.us>; David Moore <DMoore@loraincounty.us>; Tom Williams <twilliams@loraincounty.us>
**Cc:** Michelle Smith <msmith@loraincounty.us>; John Gall <jgall@loraincounty.us>; Chris Kish <ckish@loraincounty.us>; Aimee Marcil <amarcil@loraincounty.us>
**Subject:** 9-1-1 Build-out and Radio Project meeting

Good morning Ladies and Gentlemen,

A reminder that today is the 9-1-1 Build-out and Radio Project meeting. This meeting is very important for the progression and success of the Locution Project. As we all know all of us were basically thrown into the project from the last administrations lack of knowledge and participation. For the most part the $700,000.00 project was at a standstill until we gained control. Now it moving along fast and very well thanks to Commissioner's Hung and Moore as well as Administrator Williams.

The meeting today is to discuss and make a very important decision on the determination and timing of the county wide radio project, that works with the First Alert Locusion project. If we want to move

**EXHIBIT 1**

LDS032693

forward, with or without the radio portion. This meeting will have the project manager and radio vendors to discuss our alternatives.

Chris I believe Mr. Williams is not available to attend. I would like to personally invite you, so you may take minutes or notes for him in the event he has questions. Commissioner Moore I hope you can make it as well but in case you are unable to I extend the invite to Aimee as well. This will be on the 4th floor of the Administration building Room B at 1:30.

Below are some important comments and question I feel everyone should be aware of prior to the meeting.

**As requested. Here are some key points we will discuss on Monday that require update, input and decision making from Lorain County.**

- **I will ask the Chief's to provide and Update on Northern Departments / Can you provide an update on County-wide radio?**
- **PTT Options – Radio is a roadblock to full implementation**
    - **14 PTT's have been ordered but will not work as expected due to need for radio steering. New radio system will reduce the number of PTT's and need for steering.**
    - **If county-wide or new Harris radio system is imminent, is it wasted time and money to install PTT's?**
    - **Locution is looking into an option to use an API with the Telex console and not require the use of PTT's. This will have additional costs and time elements**
- **Consider Phased approach –**
    - **Phase 1a – install original stations with Locution IP alerting as soon as connectivity to each is confirmed**
    - **Phase 1b – Install additional stations once connectivity is installed, tested, expected 6-8 weeks for microwave to be ordered and installed, need update from Vasu once equipment ordered**
        - **During phase 1, nothing over-the-air would change, dispatch would be thru CAD for installation and continue over-the-air as you do today for units on the road and un-manned stations..**
    - **Phase 2 - implement Locution over-the-air, based on county-wide radio decision.**
        - **This allows the project to continue for manned stations and address issues with existing Zetron alerting system.**

**Respectfully,**
**Harry**

Harry Williamson

LDS032694

Director, Lorain County 9-1-1
225 Burns Rd.
Elyria, OH 44035
440-723-5285, Office
440-597-0179, Cell
Email: hwilliamson@loraincounty.us

 

LDS032695