IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **HARRY WILLIAMSON,**<br>　　　　　　*Plaintiff,*<br><br>　　v.<br><br>**LORAIN COUNTY,** *et al.*,<br>　　　　　　*Defendants.* | Case No.: 1:23-cv-01507-JG<br><br>Judge James S. Gwin<br><br>Magistrate Judge Jennifer Dowdell<br>　　Armstrong |
| **HARRY WILLIAMSON'S MOTION FOR LEAVE INSTANTER TO FILE**<br>**OPPOSITION TO DEFENDANTS' MOTION TO STRIKE** | |

Plaintiff Harry Williamson respectfully moves for leave to file his opposition to Defendants' motion to strike his declaration. Plaintiff's counsel was traveling out of state for the past week and was unable to get his computer online to access the Court's e-filing platform from inside the National Park System.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/Brian D. Bardwell*
　　　　　　　　　　　　　　　　Speech Law LLC
　　　　　　　　　　　　　　　　Brian D. Bardwell (0098423)
　　　　　　　　　　　　　　　　1265 West Sixth Street, Suite 400
　　　　　　　　　　　　　　　　Cleveland, OH 44113-1326
　　　　　　　　　　　　　　　　216-912-2195 Phone/Fax
　　　　　　　　　　　　　　　　brian.bardwell@speech.law
　　　　　　　　　　　　　　　　*Attorney for Plaintiff Harry Williamson*

### CERTIFICATE OF SERVICE

I certify that on August 2, 2024, this document was served on opposing counsel as provided by Civ. R. 5(B)(2)(f).

　　　　　　　　　　　　　　　　*/s/Brian D. Bardwell*
　　　　　　　　　　　　　　　　Brian D. Bardwell (0098423)
　　　　　　　　　　　　　　　　*Attorney for Plaintiff Harry Williamson*