Conversation between Me and Michelle Hung

---- Wednesday, Jul 28, 2021 ----

**Me**
Why would Tom be calling my personal phone??
9:39 AM

**Me**
Why would Tom be calling my personal phone??
9:40 AM

**Me**
Commissioner Lundy is coming here at 11:30
10:23 AM

**Me**
Commissioner Lundy is coming here at 11:30
10:24 AM

**Me**
Leaving in 5 minutes
12:42 PM

**Me**
Leaving in 5 minutes
12:43 PM

**Michelle Hung**
Me too
12:43 PM

**Me**
I'm my truck driving towards Chestnut commons.
12:46 PM

**Me**
I'm my truck driving towards Chestnut commons.
12:47 PM

**Michelle Hung**
Heading down now
12:47 PM

**Me**
Baby, remember I'm right there with you. You are an incredible leader, women, friend and lover. I will always be by you.

**EXHIBIT B**

WILLIAMSON_001041

**Me** — 5:23 PM

**Me**
Baby, remember I'm right there with you. You are an incredible leader, women, friend and lover. I will always be by you.
5:24 PM


**Michelle Hung**
Thank you.
5:24 PM

**Me**
What the fuck...
8:14 PM

**Me**
Are you fucking kidding me???
8:14 PM


**Michelle Hung**
We missed. Lundy won't do it.
8:15 PM


**Michelle Hung**
Still in.
8:15 PM

**Me**
What the fuck...
8:16 PM

**Me**
Are you fucking kidding me???
8:16 PM


**Michelle Hung**
Well, they have proof if the personal relationship. Matt won't do it for fear of lawsuit.
8:17 PM


**Michelle Hung**
It's done. We are stuck with them.
8:18 PM

**Me**
We'll talk in person
8:19 PM

**Me**
K

> Me 
> 4:54 AM

> Me 
> 4:55 AM

 **Michelle Hung**
Ok dear. Im the same. Im going to hop in the shower. I will call u when I'm on my way. If donna is there let me know, we can make the hand off in the college parking lot if she is.
4:55 AM

 **Michelle Hung**
If she's not there, I will come in.
4:56 AM

> Me 
> 4:56 AM

 **Michelle Hung**
I love you
4:57 AM

> Me 
> I really do love you too
> 5:06 AM

> Me 
> I really do love you too
> 5:07 AM

 **Michelle Hung**
Leaving in 5
6:18 AM

> Me 
> K
> 6:18 AM

> Me 
> K
> 6:19 AM

> Me
> Just spoke to Tim. He suggested that you NOT let Matt know Tim's willing to resign to save me. Tim said it has to look like you've made the decision to let Tim go because that's what Matt wants. He said Matt needs to look like he got what he wanted..

WILLIAMSON_001068

makes me sick. But I prized Tim I would send his suggestions
7:56 AM

**Me**
Just spoke to Tim. He suggested that you NOT let Matt know Tim's willing to resign to save me. Tim said it has to look like you've made the decision to let Tim go because that's what Matt wants. He said Matt needs to look like he got what he wanted.. makes me sick. But I prized Tim I would send his suggestions
7:56 AM


**Michelle Hung**
Ok
8:06 AM

**Me**
Don't forget, remind them of the upcoming 911 levy that I'll help with..
8:56 AM

**Me**
Don't forget, remind them of the upcoming 911 levy that I'll help with..
8:57 AM


**Michelle Hung**
Yes, we have that as well
8:57 AM

**Me**
Why would you abstain ?? I can't wrap my head around that..
4:09 PM

**Me**
Why would you abstain ?? I can't wrap my head around that..
4:09 PM


**Michelle Hung**
Call me
4:14 PM


**Michelle Hung**
I tried calling
4:16 PM




WILLIAMSON_001069

> In the car now, heading to next one
> 4:23 PM

**Me**
Just finished
4:37 PM 

 **Michelle Hung**
Ok
4:37 PM

**Me**
Just finished
4:39 PM 

**Me**
You seem like you're pissed at me. Anyway, Wanted to get that off my chest. Anyway, your life will go on and I know for a fact there's others who will step right into my shoes. Take care of yourself.
4:51 PM

**Me**
You seem like you're pissed at me. Anyway, Wanted to get that off my chest. Anyway, your life will go on and I know for a fact there's others who will step right into my shoes. Take care of yourself.
4:52 PM

 **Michelle Hung**
Check your email
5:20 PM

**Me**
Tell me that the CT doesn't have a copy of that??
5:26 PM 

**Me**
Tell me that the CT doesn't have a copy of that??
5:26 PM

 **Michelle Hung**
That came from Kevin Martin. It is released for tomorrow.
5:27 PM

**Me**
FUCK. I THOUGHT EXECUTIVE SESSION... 

5:27 PM


**Michelle Hung**
Public admission. That's what it says.
5:28 PM

**Me**
FUCK. I THOUGHT EXECUTIVE SESSION...
5:28 PM


**Michelle Hung**
Read it again
5:28 PM

**Me**
I DID READ IT. PUBLIC ADMISSION BY YOU. THEY WIN....MY JOB, MY CREDIBILITY AND NOW FAMILY. Now you need to have your Jeff talks....I'm done.
5:32 PM

**Me**
I DID READ IT. PUBLIC ADMISSION BY YOU. THEY WIN....MY JOB, MY CREDIBILITY AND NOW FAMILY. Now you need to have your Jeff talks....I'm done.
5:33 PM


**Michelle Hung**
You don't think I'm blindsided? I didn't willingly make a public admission for christ sake.
5:34 PM


**Michelle Hung**
Seriously. I told you last week, this was coming out. You can't stop Tom.
5:35 PM

**Me**
Did you respond?
5:49 PM

**Me**
Did you respond?
5:51 PM


**Michelle Hung**
No comment
5:51 PM

WILLIAMSON_001076

> **Me**
> How did you Tom was doing this, again?
> 5:52 PM

 **Michelle Hung**
Response^^
5:52 PM

> **Me**
> How did you Tom was doing this, again?
> 5:52 PM

 **Michelle Hung**
Harry, I'm going to start driving now. All I can tell.u is that I fully expected this was coming. Because that's the carnage I knew Tom would inflict. I knew it last week.
6:11 PM

> **Me**
> I can't talk right now. She's pissed about comments from people..
> 6:42 PM

> **Me**
> I can't talk right now. She's pissed about comments from people..
> 6:43 PM

 **Michelle Hung**
A 9 second video of kissing in the hallway at gateway on Feb 26th
6:43 PM

> **Me**
> Who has that and who's seen it??
> 6:53 PM

> **Me**
> Who has that and who's seen it??
> 6:53 PM

 **Michelle Hung**
Chronicle. Tom has known since then.
6:54 PM

> **Me**
> Was just told Lorain Journal tomorrow, front page.
> 7:37 PM

> **Me**

> Was just told Lorain Journal tomorrow, front page.
> 7:38 PM



**Michelle Hung**
Yup. I've got Amanda on my phone bill. I called karina, Jeff, Amanda-25 minutes. Then you. After we left gateway.
7:39 PM

**Me**
Shel knows, tomorrow will be he'll for everyone involved that did this to us.
10:27 PM

**Me**
Shel knows, tomorrow will be he'll for everyone involved that did this to us.
10:28 PM



**Michelle Hung**
It's on the internet already
10:30 PM

**Me**
Yep, she's getting calls and Visiting Jeff tomorrow. I'm leaving the house here in the next 30.
10:38 PM

**Me**
Yep, she's getting calls and Visiting Jeff tomorrow. I'm leaving the house here in the next 30.
10:40 PM

**Me**
Tim is meeting you and I at the turnpike plaza.
10:48 PM

**Me**
Tim is meeting you and I at the turnpike plaza.
10:48 PM



**Michelle Hung**
Ok
10:48 PM

——— Friday, Aug 6, 2021 ———



**Michelle Hung**

WILLIAMSON_001078



**Michelle Hung**
What so important we can't text? I'm just leaving the salon. Do u want to run up to where u were this morning?
3:48 PM

**Michelle Hung**
I'm headed that way right now.
3:48 PM

**Me**
No, I can't leave now.
3:54 PM

**Me**
No, I can't leave now.
3:56 PM

**Michelle Hung**
I told NOBODY. U know what it is now.
4:05 PM

**Me**
I'm on my way to Home Depot
4:05 PM

**Me**
I'm on my way to Home Depot
4:06 PM

**Michelle Hung**
9k
4:07 PM

**Michelle Hung**
Ok
4:07 PM

**Me**
9???
4:09 PM

**Me**
Hot, very nice. Nice lips too, hmmm
9:06 AM

**Michelle Hung**
Thanks babe!
9:08 AM

**Me**
Looking good babe
9:45 AM

**Me**
Looking good babe
9:45 AM

**Michelle Hung**
Here we go. I will text when done.
9:51 AM

**Me**
Good luck
9:51 AM

**Me**
Good luck
9:52 AM

[redacted messages]

[redacted]

[redacted]

**Me**
Are you ok?
1:57 PM

**Me**
Fuck, just checking on you.
1:57 PM

**Me**
Are you ok?
1:58 PM

**Michelle Hung**
Still in executive
1:59 PM

**Me**
Fuck, just checking on you.
1:59 PM

**Michelle Hung**
The tension is so thick
2:00 PM

**Me**
Fucking great..
2:57 PM

**Michelle Hung**
Done
2:57 PM

**Michelle Hung**
Terminated
2:57 PM

**Me**
Fucking great..
2:58 PM

**Michelle Hung**
Can we meet? I can't go to the dentist.
3:04 PM



WILLIAMSON_001155



WILLIAMSON_001156



WILLIAMSON_001157

*Thursday, Aug 19, 2021*

**Michelle Hung**
Good morning my sexy man
5:22 AM

**Michelle Hung**
BTW dave moore is cuckoo for cocoa puffs
5:22 AM

**Me**
She's gone, if you want to talk.
8:15 AM

**Me**
She's gone, if you want to talk.
8:16 AM

**Michelle Hung**
Good morning I just left with Rob. Give me 10 to get to my car.
9:00 AM

**Me**
9:00 AM

**Me**

