

Brian Bardwell <brian.bardwell@gmail.com>

---

## Williamson v. Lorain County, et al. - Tom Williams's Discovery Responses

**Brian Bardwell** <brian.bardwell@speech.law>  Tue, Jul 16, 2024 at 4:45 PM
To: Stephen Bosak <sbosak@dooleygembala.com>
Cc: Matthew Dooley <mdooley@dooleygembala.com>, Michael Briach <mbriach@dooleygembala.com>, Amy Joyce <ajoyce@dooleygembala.com>, Megan Hernandez <MHernandez@dooleygembala.com>

Thanks, Stephen.

What's the hang-up on the verification?

We're concerned because Mr. Williams refused to verify his interrogatories for the duration of the state-court litigation, as well.


Brian D. Bardwell
Speech Law LLC
4403 St. Clair Ave.
Cleveland, OH 44103
216-912-2195
brian.bardwell@speech.law
www.speech.law


On Tue, Jul 16, 2024 at 3:55 PM Stephen Bosak <sbosak@dooleygembala.com> wrote:

> Brian:
>
> See attached. The verification page is forthcoming. Supplemental production is attached. Let me know if you have any additional questions.
>
> Thanks,
>
> Stephen
>
> Stephen M. Bosak | DGMP | 440.930.4001
>
> CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. This email and attachments have been scanned for viruses and malware.

