

# LORAIN COUNTY COMMISSIONERS

**Michelle Hung**  **Matt Lundy**  **David J. Moore**

**A G E N D A**
**WEDNESDAY, AUGUST 3, 2022**
**9:30 A.M.**

**NOTICE:** The Commissioners will live stream the Board Meeting at <u>You Tube – Lorain County Commissioners</u>

**A**  **RESOLUTIONS:**

#1. Investments

#2. Appropriations

#3. Transfers

#4. Advances/Repayments

#5. Requisitions

#6. Travel

#7. Bills

#8. Authorize various personnel actions as indicated on the summary sheet for employees within the jurisdiction of the Lorain County Board of Commissioners (at the conclusion of today's Board meeting, the Commissioners may recess into an Executive Session to discuss: personnel/new hires and board appointments)

#9. Approve and waive the reading of Commissioners meeting minutes of July 21 & 27, 2022

#10. Authorize County of Lorain, Ohio to approve the Issuance of Hospital Facilities Revenue Bonds of the County of Allen, Ohio; Authorize other documents in connection with the Issuance of such bonds.

#11. Terminate the contract with South Lorain County Ambulance District for county self-insured healthcare plan, effective December 31, 2022

#12. Approve a grant in the amount of $10,000 to Pathways Enrichment Center, Lorain for food pantry and purchase of equipment/supplies adversely affected by the COVID-19 pandemic and will be paid Acct#ARP Other Expenses

#13. Approve a grant in the amount of $25,000 to Oberlin Weekday Community Meals, Oberlin for food meal distribution adversely affected by the COVID-19 pandemic and will be paid Acct#ARP Other Expenses

#14. Approve a grant in the amount of $25,000 to Beyond the Walls Church, Elyria for food pantry services and building improvements adversely affected by the COVID-19 pandemic and will be paid from Acct#ARP Other Expenses

#15. Approve a grant in the amount of $25,000 to Faith Ministries Christian Center, Lorain for food pantry, clothing, transportation and necessary fixtures and maintenance adversely affected by the COVID-19 pandemic will be paid from Acct#ARP Other Expenses

Administration Building  |  226 Middle Avenue, 4th Floor  |  Elyria, Ohio 44035  |  Office: 440-329-5111  |  Fax: 440-323-3357

www.LorainCounty.us

EXHIBIT A




# LORAIN COUNTY COMMISSIONERS

**Michelle Hung**   **Matt Lundy**   **David J. Moore**

Board agenda cont. 08/03/22

#16.  Approve a grant in the amount of $25,000 to City Fresh, Oberlin for fresh food boxes adversely affected by the COVID-19 pandemic will be paid from Acct#ARP Other Expenses

#17.  Approve a grant in the amount of $25,000.00 to Great Expectation Ministries, Lorain for educational and social services adversely affected by the COVID-19 pandemic will be paid from Acct#ARP Other Expenses

#18.  Approve a grant in the amount of $15,000 to Second Baptist Church, Adopt-A-School Initiative, Elyria for equipment, school supplies, educational classes, clothing and food for the children adversely affected by the COVID-19 pandemic will be paid from Acct#ARP Other Expenses

#19.  Approve a grant in the amount of $25,000 to Church on the North Coast, Lorain for Community Outreach and Food Pantry adversely affected by the COVID-19 pandemic will be paid from Acct#ARP Other Expenses

#20.  Approve a grant in the amount of $25,000 to Episcopal Church of the Redeemer/Solidarity Urban Farms, Lorain for urban farm and community meals adversely affected by the COVID-19 pandemic will be paid from Acct#ARP Other Expenses

**911**

#21.  Advertise a RFP for the procurement of access to an Association of Public-Safety Communications Officials (APCO) International Project 25 (P25) Phase 2 radio communications systems to support mission-critical public safety communications within Lorain County. Notice to be in Chronicle Telegram on August 5 &12 and open at 1 pm on September 20

**Sheriff:**

#22  Approve & enter into a Consulting Services Agreement with CGL Companies, LLC, Miami, FL to provide assessment services for the County Jail in the amount of $80,880.00 plus expenses not to exceed $8,350 to be paid from Acct# Capital Improvements Professional Services

**B**   **Public Comment: (Please limit comments to 3 minutes - Thank-you)**

**C**   **Mr. J.R. White, County Administrator:**

**D.**   **Mr. Dan Petticord, Assistant County Prosecutor:**

**E**   **Commissioner's Report:**

**F**   **Clerk's Report:**

**G.**   **Board Correspondence:**

#1.  Engineer issued various highway use permits:
#22-4211, Columbia Gas/Infrasource, Columbus to overlash on the existing aerial lead on Oberlin-Elyria Road at +/- 950 feet southwesterly of State Route 511, no open cut, New Russia Township
#22-4212, Columbia Gas/Infrasource, Columbus to overlash on the existing aerial lead on Hastings Road and Lost Elm Road at +/- 1139 east of Hale Road, no open cut, New Russia Township

Administration Building | 226 Middle Avenue, 4th Floor | Elyria, Ohio 44035 | Office: 440-329-5111 | Fax: 440-323-3357
www.LorainCounty.us




# LORAIN COUNTY COMMISSIONERS

**Michelle Hung**     **Matt Lundy**     **David J. Moore**

Board agenda cont. 08/03/22

#22-4213, Kevin Tucker/Pearce Services, Richmond, Virginia to overlash on the existing aerial lead on Oberlin-Elyria Road at +/- 2200 feet south of State Route 511, no open cut, New Russia Township

#22-4214, Columbia Gas/Infrasource, Columbus replace a gas service line on the south side of Rebecca Lane at +/- 153 feet west of Pine Valley Drive to service house #23593, no open cut, Columbia Township

#22-4215, Columbia Gas/Infrasource, Columbus to install a new 1" plastic gas service line on the south side of Rebecca Lane at +/- 365 feet west of Pine Valley Drive to service house #23633, no open cut, Columbia Twp

#22-4216, Columbia Gas/Infrasource, Columbus to install a new 1" plastic gas service line on the north side of Rebecca Lane at +/- 106 feet east of Kathleen Drive to service house #23688, no open cut, Columbia Township

#22-4217, Columbia Gas/Infrasource, Columbus to install a new 1" plastic gas service line on the south side of Rebecca Lane at +/- 66 feet south of Pine Valley Drive to service house #23567, no open cute, Columbia Twp

#22-4218, Columbia Gas/Infrasource, Columbus to install a new 1" plastic gas service line on the north side of Rebecca Lane at +/- 261 feet west of Pine Valley Drive to service house #23616, no open cut, Columbia Twp

#22-4219, Columbia Gas/Infrasource, Columbus to install a new 1" plastic gas service line on the southwesterly side of Rebecca Lane at +/- 339 feet southeasterly of Challenge Way to service house #23355, no open cut, Columbia Township

#22-4220, Columbia Gas/Infrasource, Columbus to install a new 1" plastic gas service line on the south side of Russia Road at +/- 5389 feet west of West Ridge Road to service house #23869, no open cut, Carlisle Township

#22-4221, Columbia Gas/Infrasource, Columbus to replace a gas service line on the west side of Clifton Avenue +/- 1894 feet south of East 45th Street to service house #5006, no open cute, Sheffield Village

#22-4222, Columbia Gas/Infrasource, Columbus to install a new 1" plastic gas service line on the west side of Colfax Drive at +/- 51 feet north of Lafayette Drive to service house #9990, no open cut, Columbia Township

#22-4223, Columbia Gas/Infrasource, Columbus to install a new 1" plastic gas service line on the south side of Hampshire Court at +/- 679 feet east of Oberlin Road to service house #729, no open cut, Amherst Township

#22-4224, Columbia Gas/Infrasource, Columbus to install a new 1" plastic gas service line on the south side of Hampshire Court at +/- 718 feet east of Oberlin Road to service house #731, no open cut, Amherst Township

#22-4225, Columbia Gas/Infrasource, Columbus to install a new 1" plastic gas service line on the south side of Hampshire Court +/- 765 feet east of Oberlin Road to service house #733, no open cut, Amherst Township

#22-4226, Columbia Gas/Infrasource, Columbus to install a new 1" plastic gas service line on the south side of Hampshire Court +/- 816 feet east of Oberlin Road to service house #735, no open cut, Amherst Township

#22-4227, Columbia Gas/Infrasource, Columbus to install a new 1" plastic gas service line on the north side of Hampshire Court at +/- 1088 feet east of Oberlin Road to service house #746, no open cut, Amherst Township

#22-4228, Columbia Gas/Infrasource, Columbus to install a new 1" plastic gas service line on the north side of Hampshire Court at +/- 1384 feet east of Oberlin Road to service house #758, no open cut, Amherst Township

#22-4229, Columbia Gas/Infrasource, Columbus to install a new 1" plastic gas service line on the east side of Hampshire Court at +/- 1420 feet east of Oberlin Road to service house #762, no open cut, Amherst Township

#22-4230, Columbia Gas/Infrasource, Columbus to install a new 1" plastic gas service line on the west side of Challenge Way at +/- 52 feet north of Rebecca Lane to service house # 12550, no open cut, Columbia Township

#22-4231, Columbia Gas/Infrasource, Columbus to install a new 1" plastic gas service line on the south side of Rebecca Lane at +/- 82 feet south of Pine Valley Drive to service house #23563, no open cut, Columbia Township

#22-4232, Columbia Gas/Infrasource, Columbus to install a new 1" plastic gas service line on the south side of St. Andrew's Way at +/- 73 feet south of Rebecca Lane to service house #23403, no open cut, Columbia Township

#22-4233, Kevin Tucker/Pearce Services, Richmond, VA to overlash on the existing aerial lead on Pyle – S. Amherst Road. Work area +/- 2600 feet north and +/- 2600 feet south of Butternut Ridge Road, no open cut, New Russia Township

Administration Building | 226 Middle Avenue, 4th Floor | Elyria, Ohio 44035 | Office: 440-329-5111 | Fax: 440-323-3357

www.LorainCounty.us

 

# LORAIN COUNTY COMMISSIONERS

**Michelle Hung**     **Matt Lundy**     **David J. Moore**

Board agenda cont. 08/03/22

    #22-4234, Kevin Tucker/Pearce Services, Richmond, VA to overlash on the existing aerial lead on Kipton Nickle Plate Road. Work from area from the westerly terminus to Hallauer Road, no open cut, Pittsfield Township
#22-4235, Columbia Gas/Infrasource, Columbus to retire gas service line on the northeasterly side of West Rive Road at +/- 1473 feet northwesterly of Mapleview Drive to service house #6545, no open cut, Brownhelm Twp
#22-4236, Columbia Gas Transmission, Charleston, WV to open cut pavement 2'x2'x6' to expose casing for mitigation on the east side of West Road +/- 1200 feet south of Pratt Drive, Huntington Township

#2.     Ohio Division of Liquor Control transfer license from Hasan I Inc., dba Station Beverage, 11417 Station Rd, 1st flor only, Columbia Twp. to Laxmi 11417 Inc.

#3.     August 12, New Teachers Luncheon at LCCC. Register at www.loraincountychamber.com

#4.     Berkshire Refrigerated Warehousing, LLC will build a 200,000 sq. ft refrigerated warehousing facility in Sheffield Village Ohio bringing 90 jobs to the area

#5.     September 10, LCCC – Neighborhood Alliance will have a Neighborhood Walk Family Fun Festival. More info at www.myNeighborhoodAllaince.org

#6.     Ohio Dept of Youth Services approved FY22 Amendment #1 to Domestic Relations RECLAIM Ohio & Youth Services grant (org: DR)

#7.     Publications: "CCAO statehouse reports"; "Counties Current"; "LCCAA mission moment";

Administration Building | 226 Middle Avenue, 4th Floor | Elyria, Ohio 44035 | Office: 440-329-5111 | Fax: 440-323-3357
www.LorainCounty.us