IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HARRY WILLIAMSON | ) | CASE NO. 1:23-cv-01507 |
| Plaintiff, | ) | |
| vs. | ) | JUDGE: DAVID A. RUIZ |
| LORAIN COUNTY, ET AL., | ) | NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, TOM WILLIAMS |
| Defendants. | ) | |

This Honorable Court is placed on notice that attorney, William J. Novak is entering an appearance on behalf of Defendant Tom Williams.

Respectfully submitted,

/s/ *William J. Novak*
WILLIAM J. NOVAK (0014029)
**NOVAK, LLP**
P.O. Box 1228
Bath, Ohio 44210
Phone: (216) 781-8700
Fax:    (330) 666-5266
Email: william@novak-law.com

*Attorney for Defendant, Tom Williams*

## CERTIFICATE OF SERVICE

A true copy of the foregoing was served on this 5th day of December 5, 2024, through the Court's electronic filing system.

/s/ *William J. Novak*
WILLIAM J. NOVAK (0014029)

*Attorney for Defendant, Tom Williams*