# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **HARRY WILLIAMSON,** | |
| Plaintiff, | CASE NO. 1:23-CV-01507 |
| vs. | |
| **LORAIN COUNTY, et al.,** | JUDGE DAVID A. RUIZ |
| Defendants. | |

## MOTION TO EXCUSE APPEARANCE OF STEPHEN M. BOSAK, JR. FROM AUGUST 12, 2025 STATUS CONFERENCE

Undersigned counsel, Stephen M. Bosak, Jr., moves the Court for an Order excusing his presence at the telephonic Status Conference in this case scheduled to take place on Tuesday, August 12, 2025 at 11:00 a.m. Defendant Tom Williams is the only remaining Defendant in this case. Attorney William Novak entered an appearance as counsel for Mr. Williams on December 5, 2024. Accordingly, undersigned counsel filed a motion to withdraw as counsel for Mr. Williams, which is pending before the Court. (Doc. 48). Moreover, Mr. Bosak has a conflicting final pretrial scheduled before Judge Nugent on August 12, 2025 beginning at 8:45 a.m.

The Parties will not be prejudiced by excusing Mr. Bosak's attendance. Mr. Novak is lead attorney for Mr. Williams and well-prepared to defend his interests.

WHEREFORE, Stephen M. Bosak, Jr., respectfully requests that the Court grant his request to be excused from the August 12, 2025 Status Conference.

Respectfully submitted,

GEMBALA, McLAUGHLIN
& PECORA CO., LPA

1

                                    */s/ Stephen M. Bosak, Jr.*
                                    Stephen M. Bosak, Jr. (0092443)
                                    5455 Detroit Road
                                    Sheffield Village, Ohio 44054
                                    Tel:   (440) 930-4001
                                    Fax:   (440) 934-7208
                                    Email: sbosak@gmpfirm.com

                                    *Counsel for Defendants*