UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

MINUTES OF PROCEEDINGS AND ORDER– CIVIL

| | |
|---|---|
| HARRY WILLIAMSON, | ) CASE No. 1:23-cv-01507 |
| Plaintiff, | ) DATE: August 12, 2025 |
| v. | ) JUDGE DAVID A. RUIZ |
| LORAIN COUNTY, *et al.*, | ) COURT REPORTER: n/a |
| Defendants. | ) |

Attorney for Plaintiff:
Brian D. Bardwell

Attorney for Defendant Tom Williams:
William J. Novak

---

PROCEEDINGS:   The Court held a telephonic status conference on this date with the above counsel, Plaintiff, and Defendant Tom Williams. The Court discussed the status of the case, potential conflicts of interest, discovery disputes, a potential motion for reconsideration, and attendant procedural issues. Defense counsel addressed two potential conflicts of interest that Plaintiff's counsel raised, one related to a personal matter regarding defense counsel and one related to defense counsel's past representation of Defendant Williams in another dispute. Counsel discussed how to best address these potential issues. The Court indicated that defense counsel shall further address these threshold issues through an appropriate filing within the next week.

Plaintiff indicated that he plans to file a motion for reconsideration related to Judge Gwin's ruling on Defendants' motion for summary judgment, (R. 42). Counsel addressed the status of discovery disputes, which dovetail with the potential motion for reconsideration. They

and the Court discussed procedural issues related to a potential motion for reconsideration, which filing would affect parties who have been dismissed or granted summary judgment and whose attorneys have withdrawn based on a conflict of interest, (R. 48; R. 50). The Court instructed Plaintiff's counsel to analyze the procedural and legal issues surrounding such a motion for reconsideration and encouraged counsel to discuss a mutually agreeable approach and potential resolution to their disputes.

      Finally, the Court scheduled a telephonic status conference for August 27, 2025, at 10:00 a.m. to address the procedural issues surrounding the potential motion for reconsideration and the potential conflicts of interest counsel identified. Counsel must attend the status conference, and parties are welcome but may elect to waive their attendance.

IT IS SO ORDERED.

Total Time: 45 minutes

                                                      s/ *David A. Ruiz*
                                                      David A. Ruiz
                                                      U.S. District Judge