**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

MINUTES OF PROCEEDINGS CIVIL

| | | |
|---|---|---|
| HARRY WILLIAMSON, | ) | CASE No. 1:23-cv-01507 |
| Plaintiff, | ) | DATE: October 20, 2026 |
| v. | ) | JUDGE DAVID A. RUIZ |
| LORAIN COUNTY, *et al.*, | ) | COURT REPORTER: n/a |
| Defendants. | ) | |

Attorney for Plaintiff:
Brian D. Bardwell

Attorney for Defendant Tom Williams:
William J. Novak

PROCEEDINGS: The Court held a telephonic status conference on this date with the above counsel. The Court discussed the status of the case, advising next steps are setting a trial date or referring the matter for a settlement conference or mediation. Counsel will confer with their clients. Counsel for Defendant requested Plaintiff submit a settlement demand in writing. The Court sets a telephonic status conference for **December 1, 2026 at 12:00 p.m.** at which time if settlement is not feasible, the Court will set a trial date. Counsel should be prepared to discuss the anticipated time needed and other logistics pertaining to trial.

Total Time: 10 minutes

s/ *David A. Ruiz*
David A. Ruiz
U.S. District Judge